ISAAC D. SLEIGHT, Respondent, *v.* THE CITY OF KINGSTON, Appellant.

(Argued March 19, 1878; decided March 26, 1878.)

REPORTED below, 11 Hun, 594.

*M. Schoonmaker* for motion.

*S. L. Stebbins* opposed.

Agree to grant motion to dismiss appeal.
All concur. No opinion.
Appeal dismissed.

---

EBERHARD FABER, Respondent, *v.* SAMUEL D. HOVEY et al., Appellants.

(Argued February 13, 1878; decided March 26, 1878.)

*Ambrose Monell* for appellants.

*John S. Washburn* for respondent.

ALLEN, RAPALLO, ANDREWS and EARL, JJ., agree to affirm without opinion. MILLER, J., reads for reversal and new trial, unless plaintiff stipulates to reduce damages to nominal damages. CHURCH, Ch. J., concurs on ground that a case was not made out for damages. FOLGER, J., concurs on ground that the basis for damages was erroneous.

Judgment affirmed.